# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-12-00026-CV

**In re Johnny Ray Valchar**

## ORIGINAL PROCEEDING FROM WILLIAMSON COUNTY

## M E M O R A N D U M   O P I N I O N

Relator Johnny Ray Valchar filed a petition for writ of mandamus, complaining of the trial court clerk's inaction with relation to a document he filed seeking declaratory judgment. *See* Tex. R. App. P. 52.8. Having reviewed the petition and the document filed in the trial court, we deny the petition for writ of mandamus.

_____

David Puryear, Justice

Before Justices Puryear, Henson and Goodwin

Filed: February 14, 2012